PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender: Latanya McClary        Cr.: 03-CR-421

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 10-23-03

Original Offense: Conspiracy to Commit Bank Fraud (18 U.S.C. 371)

Original Sentence: 5 years probation

Type of Supervision: Probation        Date Supervision Commenced: 10-23-03

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows.

## CAUSE

On October 23, 2006, the Court ordered the offender to complete four months in a Community Correctional Center (CCC). The probation office now petitions the Court to remove this special condition in consideration of the offender's poor health and expanding family responsibilities (as detailed in a July 20, 2006 correspondence to the Court).

Respectfully submitted,

By: Kevin M. Villa
U.S. Probation Officer
Date: 07-20-06

THE COURT ORDERS:
[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer
7/26/06
Date